IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CIVIL ACTION NO. 5:12-cv-450-D

| | |
|---|---|
| TAMARA S. STOVALL and CYNTHIA J. HEATH, on behalf of themselves and all other similarly situated persons<br><br>Plaintiffs,<br><br>v.<br><br>MURPHY OIL USA, INC.,<br><br>Defendant. | **ORDER OF FINAL APPROVAL** |

Upon consideration of the Parties' Motion for Final Approval of Settlement Agreements as Stipulated Judgments, it is hereby ordered that:

1. the Parties' Settlement Agreements are fair and reasonable and are hereby approved;

2. Defendant's settlement payment to Plaintiff Stovall in the amount of $14,500 less lawful deductions is approved;

3. Defendant's settlement payment to Plaintiff Heath in the amount of $3,500 less lawful deductions is approved:

4. Counsel's attorneys' fees and costs in the amount of $38,404.37 in attorneys' fees and $365.40 in costs are approved; and

5. Defendant is released by Plaintiffs' FLSA claims against Defendant pursuant to the terms of the Settlement Agreements.

July 24, 2013.

_____
Honorable James C. Dever, III
United States District Judge